**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **JESSE E. HUBBARD** | **PLAINTIFF** |
| **VS.** | **CIVIL ACTION NO. 1:02cv446LG-RHW** |
| **JO ANNE B. BARNHART,** <br> **COMMISSIONER OF SOCIAL** <br> **SECURITY** | **DEFENDANT** |

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of United States Magistrate Judge Robert H. Walker [18-1] entered in this cause on March 9, 2006.  The Court, having adopted said Report and Recommendation as the finding of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed.  Accordingly,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion to Reverse and Remand filed June 27, 2003, [12] should be and is hereby **DENIED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Commissioner's decision is hereby affirmed that the above captioned cause should be, and is hereby, dismissed.

**SO ORDERED AND ADJUDGED** this the 29th day of March, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE